# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Kwamir Bradley**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00277-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Progress Residential Property Manager, LLC**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 12, 2021 Order.

October 12, 2021

Frank G. Johns, Clerk
United States District Court